# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stein, Sidney H. | U.S. District Court | 8/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | Practicing Law Institute, a not for profit organization for continuing legal education |
| 2. | Member - Board of Directors | ▨ Park Corporation, a not for profit cooperative housing corporation |
| 3. | Member - Board of Directors | Greater New York Councils, Boy Scouts of America |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | West Services, Inc. royalty for 2015 | $3,092.78 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Aspen Institute | 7/24/15-7/26/15 | Manhasset, NY | Educational Seminar | Lodging and Food |
| 2. | Stanford University and American Antitrust Institute | 8/27/15-8/29/15 | Palo Alto, CA | Educational Seminar | transportation, lodging and food |
| 3. | National Committee on U.s.-China Relations | 12/7/15-12/11/15 | Beijing, China | Rule of Law Conference | transportation, lodging and food |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 8/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONEY MARKETS | | | | | | | | | |
| 2. JPMORGAN U.S. GOVT. | A | Interest | M | T | | | | | |
| 3. Dreyfus Tax Free NY | A | Interest | O | T | | | | | |
| 4. | | | | | | | | | |
| 5. COMMON STOCKS | | | | | | | | | |
| 6. BERKSHIRE HATHAWAY CORP. | | None | P1 | T | | | | | |
| 7. GRANT AVE CORP | | None | P1 | W | | | | | |
| 8. | | | | | | | | | |
| 9. TAX EXEMPT BONDS | | | | | | | | | |
| 10. NEW YORK ST HSG FIN AGY GEN HSG SER B | C | Interest | K | T | | | | | |
| 11. NEW YORK ST MTG AGY REV HOMETOWN MTG -29-a-RMKT | C | Interest | M | T | | | | | |
| 12. NY STATE POWER AUTH GEN REV ETM SER A | D | Interest | L | T | | | | | |
| 13. NY State Power Auth Rev & Gen Purp Ser Detm | A | Interest | K | T | | | | | |
| 14. NYS STATE POWER AUTH SER G | A | Interest | K | T | | | | | |
| 15. NEW YORK ST HSG FIN AGY GEN SER A | D | Interest | M | T | | | | | |
| 16. NEW YORK STATE POWER AUTH. | C | Interest | K | T | | | | | |
| 17. N.Y.S. THRWY AUTH SER A | D | Interest | | | Sold | 09/10/15 | M | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 8/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LONG ISLAND PWR GEN-SER D | C | Interest | | | Sold | 7/12/15 | M | C | |
| 19. ERIE CTY NY IND DEV AGCY. SER. A | C | Interest | L | T | | | | | |
| 20. NASSAU CTY NY DTD 7/8/2008 SER C | C | Interest | M | T | | | | | |
| 21. NYS DORM SALES TAX SER A | C | Interest | L | T | | | | | |
| 22. MINNEAPOLIS MINN HEALTH CARE | A | Interest | J | T | | | | | |
| 23. ALLEGHENY CTY, PA. HOSP DEV AUTH REV | C | Interest | L | T | | | | | |
| 24. NYC, NY SER D | D | Interest | | | Sold | 08/26/15 | M | D | |
| 25. NYS DORM MT. SINAI SCH. OF MEDICINE | B | Interest | | | Sold | 09/11/15 | K | B | |
| 26. TEX. ST. TRANS COMMN REV | B | Interest | | | Sold | 02/05/15 | M | D | |
| 27. NYS REF - SER C | C | Interest | M | T | | | | | |
| 28. PA ST. SECOND REF | D | Interest | M | T | | | | | |
| 29. NYS LOC GOVT ASSISTANCE CORP | D | Interest | M | T | | | | | |
| 30. NYC, NY TRANSITIONAL SER D | C | Interest | M | T | | | | | |
| 31. NYS THWY SECOND GEN HIGHWAY SER A | C | Interest | M | T | | | | | |
| 32. NYS ENVIRON. FACS CORP | C | Interest | M | T | | | | | |
| 33. SWARTHMORE BORO AUTH PA COLLEGE REV | C | Interest | M | T | | | | | |
| 34. NYC TR CULTURAL RES REV | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 8/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYC SER D | C | Interest | M | T | | | | | |
| 36. SOUTHEASTERN PA TRANS AUTH REV | C | Interest | M | T | | | | | |
| 37. NJ ST. ECON DEV AUTH | C | Interest | | | Sold | 08/26/15 | M | | |
| 38. NYC, NY DTD 10/23/2012 SER B | B | Interest | M | T | | | | | |
| 39. BATTERY PARK, NY SENIOR - SER A | C | Interest | | | Sold | 04/28/15 | M | D | |
| 40. NYS DORM AUTH SALES TAX SER A | C | Interest | M | T | | | | | |
| 41. NASSAU CTY SALES TAX - SER A | C | Interest | M | T | | | | | |
| 42. LOUISVILLE & JEFF CTY, KY SER A | C | Interest | M | T | | | | | |
| 43. PORT AUTH NY SER 179 | D | Interest | M | T | | | | | |
| 44. TOBACCO SETT REVENUE ASSET BACKED - SER A | C | Interest | M | T | Sold (part) | 10/27/15 | L | A | |
| 45. UNIV. CALIFORNIA SER G | C | Interest | M | T | | | | | |
| 46. PALM BEACH CTY FL SOL WST AUTH | B | Interest | M | T | | | | | |
| 47. PA ST TNPKE COMM SER C | B | Interest | L | T | | | | | |
| 48. CHICAGO IL BRD OF ED | B | Interest | | | Sold | 06/15/15 | L | | |
| 49. SALES TAX ASSET REV SER A | C | Interest | M | T | | | | | |
| 50. CENTRAL PLAINS ENERGY PROJ | C | Interest | L | T | | | | | |
| 51. NYS THWY AUTH REF | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 8/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC NY HSG | C | Interest | M | T | Buy | 01/12/15 | M | | |
| 53. PENNSYLVANIA ST HIGHER | C | Interest | | | Buy | 01/13/15 | M | | |
| 54. | | | | | Sold | 02/17/15 | M | A | |
| 55. PALM BEACH CTY FL | C | Interest | M | T | Buy | 1/14/15 | M | | |
| 56. LOUISIANA STATE FUND II | C | Interest | | | Buy | 01/13/15 | M | | |
| 57. | | | | | Sold | 04/17/15 | M | | |
| 58. NYC NY TRA | C | Interest | M | T | Buy | 01/15/15 | M | | |
| 59. MIAMI DADE FL | C | Interest | M | T | Buy | 01/21/15 | M | | |
| 60. FAIRFAX CTY, VA | B | Interest | | | Buy | 02/26/15 | M | | |
| 61. | | | | | Sold | 09/10/15 | M | A | |
| 62. MARYLAND STATE | B | Interest | M | T | Buy | 03/15/15 | M | | |
| 63. NYC, NY TRA | B | Interest | | | Buy | 04/09/15 | M | | |
| 64. | | | | | Sold | 06/11/15 | M | | |
| 65. NYC, NY TRU | B | Interest | M | T | Buy | 04/27/15 | M | | |
| 66. LOUISIANA STATE | B | Interest | M | T | Buy | 04/27/15 | M | | |
| 67. MONROE CTY NY INDL. | | None | M | T | Buy | 6/17/15 | M | | |
| 68. NJ ST. ECON D. | | None | M | T | Buy | 08/26/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 8/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MET TRANSPORTATION AUTH NY | A | Interest | M | T | Buy | 09/09/15 | M | | |
| 70. SACRAMENTO CA CITY FIN AUTH | A | Interest | L | T | Buy | 09/30/15 | L | | |
| 71. NYS DORM AUTH | | None | L | T | Buy | 12/22/15 | L | | |
| 72. | | | | | | | | | |
| 73. MUTUAL FUNDS | | | | | | | | | |
| 74. GREYCOURT PARTNERS FUND (IRA)) | F | Dividend | P1 | T | | | | | |
| 75. GREYCOURT PARTNERS FUND | G | Dividend | P2 | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. MISCELLANEOUS | | | | | | | | | |
| 79. CASH, JPMORGAN CHASE | E | Interest | O | T | | | | | |
| 80. FINE ARTS HELD AS TENANT-IN-COMMON | | None | P1 | W | | | | | |
| 81. ARBOR PPTY TRUST | | None | K | T | | | | | |
| 82. SERVICEMASTER LP | | None | M | T | | | | | |
| 83. | | | | | | | | | |
| 84. NOTE: JUDGE STEIN HAS ELECTED NOT TO | | | | | | | | | |
| 85. LIST INFORMATION BY ▨ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 8/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney H. Stein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544